THE STATE v. HERRON, *Appellant.*

Division Two, December 1, 1896.

Criminal Practice : APPEAL.    Where a defendant in a criminal cause files no bill of exceptions and there is no error on the face of the record proper, the judgment will be affirmed.

*Appeal from St. Louis Criminal Court.*—HON. HENRY L. EDMUNDS, Judge.

AFFIRMED.

State v. Williams.

*R. F. Walker*, attorney general, and *C. O. Bishop* for the state.

GANTT, P. J.—The defendant was indicted in the St. Louis criminal court, duly arraigned and convicted of grand larceny and his punishment assessed at two years in the penitentiary. He appeals but has filed no exceptions. We are remitted to an examination of the record proper to ascertain what, if any, error was committed to his prejudice in the St. Louis criminal court. A critical examination discloses no error or irregularity whatever in the proceedings and the judgment is accordingly affirmed. SHERWOOD and BURGESS, JJ., concur.